Judge Hellerstein

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | | |
|---|---|---|
| NAPEAN, LLC, | : | |
| | : | |
| Plaintiff, | : | 08 Civ. _____ |
| v. | : | |
| | : | **RULE 7.1 STATEMENT** |
| SALES AUTOMATION SUPPORT, LLC, | : | |
| Defendant. | : | |

Pursuant to Federal Rule of Civil Procedue 7.1, the undersigned counsel for Plaintiff Napean, LLC certifies that Napean, LLC has no corporate parents and that no publicly held corporation owns 10% or more of its stock.

Dated: May 28, 2008
New York, New York

                                            SILLS CUMMIS & GROSS P.C.

                                            By: _____
                                            Marc J. Rosenberg
                                            Michael P. Kenney
                                            Philip Y. Braginsky
                                            One Rockefeller Center
                                            New York, NY 10020
                                            (212) 643-7000

                                            *Attorneys for Plaintiff*
                                            *Napean, LLC*

1463157 v1